**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Malcolm L. GREEN, Defendant–**
**Appellant.**

No. 06–10236.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 22, 2008.

Jason F. Carr, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Malcolm L. Green appeals from the district court's order denying his motion for resentencing following limited remand under *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We conclude that the government has forfeited its right to enforce Green's appeal waiver because the government failed to raise the argument during Green's initial appeal. *See United States v. Garcia–Lopez,* 309 F.3d 1121, 1123 (9th Cir.2002).

Green contends that the sentence is too high in light of the factors set forth in 18 U.S.C. § 3553(a) and that the district court failed on remand to adequately discuss the § 3553(a) factors. These contentions are unreviewable. *See United States v. Combs,* 470 F.3d 1294, 1297 (9th Cir.2006).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.